UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MORRIS,<br><br>           Plaintiff,<br><br>      v.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC, et al.,<br><br>           Defendant. | No.  2:14-cv-01460-TLN-CKD<br><br>**ORDER** |

   This matter is before the Court pursuant to Plaintiff Chad Morris's ("Plaintiff") motion for temporary restraining order and application for order to show cause.  (ECF No. 8.)  This action was originally instituted in Sacramento Superior Court.  Prior to Defendants Residential Credit Services, Inc. and Bank of America Corporation ("Defendants") removing this action to federal court, the superior court issued a temporary restraining order barring Defendants from commencing or continuing any action of any kind in furtherance of foreclosure or sale of Plaintiff's residence.[1]  The superior court's order set a hearing for argument concerning the preliminary injunction for July 16, 2014.

   Although this case was removed to federal court, the aforementioned temporary restraining order is still in effect.  *See Granny Goose Foods, Inc. v. Brotherhood of Teamsters &*

---

[1] Plaintiff has provided this Court with a copy of the temporary restraining order.  (*See* ECF No. 8-2.)

1

*Auto Truck Drivers*, 415 US 423, 427 (1974); *see also* Fed R. Civ. P. 81(c)(1); Cal. Prac. Guide Fed. Civ. Pro. Before Trial Ch. 2D-9 (providing that "[o]nce a case is removed, federal rather than state procedural rules govern the future course of proceedings.  Thus, although existing state orders remain binding upon the parties, their duration and effect are now determined by federal law.")  Accordingly, Defendants are hereby ordered to show cause in writing within 14 days as to why they should not be held in contempt for failing to adhere to the preliminary injunction.

In addition, the Court hereby extends the temporary restraining order already in place until a determination is made as to whether preliminary injunctive relief is appropriate.  Accordingly, Plaintiff is hereby ordered to file any motions concerning preliminary injunctive relief within the next 30 days.   Should Plaintiff fail to file a motion for injunctive relief within 30 days, the temporary restraining order will be lifted.

IT IS SO ORDERED.

Dated: June 27, 2014

Troy L. Nunley
United States District Judge