# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MORRIS,<br><br>          Plaintiff<br><br>     vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>          Defendants | Case No. 2:14-CV-01460-TLN-CKD<br><br>ORDER CONFIRMING DATE FOR DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC. TO FILE ITS MOTION FOR SUMMARY JUDGMENT |

Pursuant to the Ex Parte Application and supporting Declaration filed by defendant Residential Credit Solutions, Inc. ("RCS"), this Court confirms that Defendant RCS shall be able to file its Motion for Summary Judgment no later than Thursday, October 6, 2016.

IT IS SO ORDERED.

Dated: September 6, 2016

_____
Troy L. Nunley
United States District Judge