WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendant RESIDENTIAL CREDIT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD MORRIS,<br><br>            Plaintiff<br><br>        vs.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.,<br><br>            Defendants | Case No. 2:14-CV-01460-TLN-CKD<br><br>ORDER CONTINUING DATE FOR DEFENDANT RESIDENTIAL CREDIT SOLUTIONS, INC. TO FILE ITS MOTION FOR SUMMARY JUDGMENT |

Pursuant to the Stipulation to Extend Defendant's Time to File a Motion for Summary Judgment and in light of the parties' representations of being in good faith negotiations to settle this matter, this Court confirms that defendant RCS shall be able to file its Motion for Summary Judgment no later than Wednesday, November 30, 2016 and a hearing date on any such motion shall be set for a date no later than December 29, 2016.

Dated: September 21, 2016

_____
Troy L. Nunley
United States District Judge